No. 73–2064.  DiBELLA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–7054  RAWLS v. DAUGHTERS OF CHARITY OF SAINT VINCENT DePAUL, INC., ET AL.  C. A. 5th Cir. Certiorari denied.

No. 74–4.  WASHINGTON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 74–7.  McRAE v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 74–23.  POMARES ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 74–115.  POWELL v. ROGERS, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, U. S. DEPARTMENT OF LABOR, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 74–152.  RICE v. UNITED STATES.  C. C. P. A. Certiorari denied.

No. 74–203.  ROSENBLATT v. UNITED STATES.  Ct. Cl. Certiorari denied.

No. 74–252.  BIESKI ET AL. v. EASTERN AUTOMOBILE FORWARDING CO., INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 74–275.  JONES ET UX. v. JONES ET UX.  Sup. Ct. Kan.  Certiorari denied.

No. 74–278.  McCAIN ET AL. v. LYBRAND ET AL.  C. A. 4th Cir.  Certiorari denied.